NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID JOHNSON,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3064

---

Petition for review of the Merit Systems Protection Board in case no. CH315H100653-I-1.

---

## ON MOTION

---

## ORDER

The Department of the Treasury moves to reform the official caption to designate the Merit Systems Protection Board as the respondent. David Johnson opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) The Board should calculate its brief due date from the date of filing of this order.

FOR THE COURT

**APR 0 6 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: David Johnson
   Jane C. Dempsey, Esq.
   Michael Carney, Esq. (copy of petitioner's informal brief enclosed)

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**APR 0 6 2011**

**JAN HORBALY**
**CLERK**